No. 520, Misc. SAUNDERS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Daniel H. Benson* for the United States.

No. 538, Misc. RIVERA *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Leon B. Polsky* for petitioner. *Frank S. Hogan, H. Richard Uviller* and *Irving Lang* for respondent.

No. 539, Misc. MARYANSKI *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 543, Misc. MICKENS *v.* MYERS, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 544, Misc. BROWN *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 546, Misc. ARBUCKLE *v.* ILLINIOS. Circuit Court of Winnebago County, Illinois. Certiorari denied.

No. 548, Misc. SANDERS *v.* COX, WARDEN. Supreme Court of New Mexico. Certiorari denied.

No. 550, Misc. LATHAN *v.* KROPP, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 556, Misc. LUPINO *v.* MINNESOTA. Supreme Court of Minnesota. Certiorari denied. *John S. Connolly* for petitioner. *Walter F. Mondale,* Attorney General of Minnesota, for respondent.